# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| CLARENCE McKELRY,<br><br>    Plaintiff,<br><br>    v.<br><br>EDWIN J. DAY, JR., et al.,<br><br>    Defendants. | Case No. 2:23-cv-10296-MWF-JDE<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the records on file, including the Complaint (Dkt. 1), the Order Regarding Complaint issued by the assigned magistrate judge (Dkt. 4), and the Report and Recommendation of the magistrate judge issued on January 2, 2024 (Dkt. 7, "Report"). No party filed timely objections to the Report or timely sought additional time in which to do so. The Report is approved and accepted.

Therefore, IT IS HEREBY ORDERED that Judgment shall be entered dismissing this action with prejudice.

**IT IS SO ORDERED.**

Dated:  January 18, 2024

_____
MICHAEL W. FITZGERALD
United States District Judge

-1-