JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| CLARENCE McKELRY,<br><br>    Plaintiff,<br><br>    v.<br><br>EDWIN J. DAY, JR., et al.,<br><br>    Defendants. | Case No. 2:23-cv-10296-MWF-JDE<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED THAT this action is DISMISSED with prejudice.

Dated:  January 18, 2024

_____
MICHAEL W. FITZGERALD
United States District Judge

-1-